# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

James A. Bolen  Jr.
Bolen, Parker, & Brenner, LTD
P. O. Box 11590
Alexandria LA 71315-1590


**REHEARING ACTION: April 22, 2009**


**Docket Number: 08   00871-CA**

**ROBERT VEROLINE, JR., ET AL.**
**VERSUS**
**PRIORITY ONE EMS, ET AL.**

**Appealed from Vernon Parish Case No. 76,157, Div. A**


**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **C.R.R. Enterprises, Inc. d/b/a Priority One, Phillip Hutson, and**

**Stuart Coleman** has this day been

> **DENIED.**


cc: Leslie R. Leavoy  Jr., Counsel for the Appellant